**Nos. 26-3201, 26-3204**

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

STATE OF KANSAS,

*Defendant-Appellee*,

v.

KANSAS STUDENTS FOR AFFORDABLE TUITION,

*Movant-Appellant*.

On Appeal from the United States District Court for the District of Kansas, No. 5:26-cv-04066, Hon. Holly L. Teeter

# MOVANT-APPELLANT KANSAS STUDENTS FOR AFFORDABLE TUITION'S OPPOSED MOTION TO STAY BRIEFING


Thomas A. Saenz
Luis L. Lozada
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, Floor 11
Los Angeles, CA 90014
(213) 629-2512

*Counsel for Movant–Appellant Kansas Students for Affordable Tuition*

In accordance with Federal Rule of Appellate Procedure 27, Movant-Appellant Kansas Students for Affordable Tuition ("KanSAT") files this motion to stay all briefing deadlines until 30 days after this Court rules in the pending appeal in the case of *United States v. State of Oklahoma*, No. 25-7089, which involves many of the same or similar legal issues presented in this appeal. Plaintiff-Appellee United States of America has not made an appearance. Defendant-Appellee State of Kansas opposes the motion.

In support of its motion, KanSAT respectfully shows the Court as follows:

1. On August 5, 2025, the United States filed a lawsuit against Oklahoma seeking to prohibit students without lawful immigration status from paying regular tuition rates at public colleges and universities in Oklahoma. The United States alleged that Oklahoma Statutes, Title 70 § 3242 and Oklahoma State Regents for Higher Education Policy § 3.18.6 are expressly preempted by 8 U.S.C. §§ 1623(a) and 1621(d). Rather than defend its own law, Oklahoma joined the United States in filing a joint motion for entry of consent judgment. The district court entered an order and final judgment invalidating those provisions on August 29, 2025.

2. Oklahoma Students for Affordable Tuition ("OSAT"), represented by the same counsel that represents KanSAT in this appeal, moved to intervene to challenge the district court's order and final judgment on October 27, 2025. On October 28, 2025, to preserve its right to appeal the consent judgment, OSAT filed a

protective notice of appeal of the district court's August 29, 2025 order. Briefing on OSAT's motion to intervene was completed on December 15, 2025.

3. On February 23, 2026, OSAT filed an opposed motion for indicative ruling in the district court to ascertain whether it would be inclined to grant OSAT's motion to intervene or that it raises a substantial issue. The district court has not issued a ruling, nor an indicative ruling, on OSAT's motion to intervene.

4. On March 5, 2026, OSAT filed both a motion to intervene and its opening brief in this Court. Intervention briefing was completed on March 23, 2026. Appellate briefing was completed on June 18, 2026. Oral argument has not been scheduled on OSAT's appeal or motion to intervene before this Court.

5. On June 24, 2026, the United States filed a lawsuit against Kansas seeking to prohibit students without lawful immigration status from paying regular tuition rates at public colleges and universities in Kansas. The United States alleged that Kan. Stat. Ann. § 76-731a is expressly preempted by 8 U.S.C. § 1623(a). Rather than defend its own law, the State of Kansas joined the United States in filing a joint motion for entry of consent judgment. On July 1, 2026, KanSAT moved to intervene to challenge the motion for entry of consent judgment. On September 9, 2026, the district court denied KanSAT's motion to intervene and entered an order invalidating the challenged provision. KanSAT filed a notice of appeal on September 18, 2026.

6. KanSAT's opening brief is currently due November 16, 2026. Both this appeal and the Oklahoma appeal involve similar legal issues, such as the propriety of intervention under Fed. R. Civ. P. 24, futility analysis, preemption under Section 1623(a), and the Tenth Amendment. Notably, in the Oklahoma case, the district court has not ruled on OSAT's motion to intervene, which led OSAT to file a motion to intervene on appeal before this Court. Because of the similar nature of both appeals, KanSAT currently intends to present arguments in this appeal that have been briefed by OSAT before this Court in the Oklahoma case.

7. To promote judicial efficiency and conserve resources, KanSAT seeks to stay all briefing deadlines until 30 days after the Court rules on OSAT's pending appeal. In particular, a ruling from this Court in that appeal might potentially resolve or clarify some of the key issues presented in this appeal.

8. In addition, a stay is warranted because Plaintiff-Appellee United States of America has not made an appearance in this appeal. The Court has issued two separate deficiency notices. By granting a stay, the Court may ascertain whether the United States intends to appear in this appeal, which would simplify the issues on appeal. A stay would not result in prejudice to the parties.

9. The requested relief is sought in the interest of justice, not for delay, and no party will be prejudiced if it is granted.

Accordingly, KanSAT respectfully requests that the Court grants its motion to stay all briefing deadlines until 30 days after the Court rules in the related appeal of *United States v. State of Oklahoma*, No. 25-7089.

Date: November 6, 2026

Respectfully submitted,


<u>*/s/ Luis L. Lozada*</u>
Luis L. Lozada (Cal. Bar No. 344357)
Thomas A. Saenz (Cal. Bar No. 159430)
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
llozada@maldef.org

*Attorneys for Kansas Students for Affordable Tuition*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I filed the foregoing with the Clerk of the Court via CM/ECF, which will deliver electronic copies to all counsel of record in this appeal.

Respectfully submitted,

*/s/ Luis Lozada*
Luis Lozada (Cal. Bar No. 344357)

*Attorney for Kansas Students for Affordable Tuition*

## CERTIFICATE OF CONFERENCE

On November 3, 2026, I conferred with Dwight Carswell, counsel for Defendant-Appellee. Defendant-Appellee opposed the motion. Plaintiff-Appellee has not appeared in this appeal.

*/s/ Luis Lozada*
Luis Lozada

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. 27(d)(2)(A) because this brief contains 768 words excluding the parts exempted by Fed. R. App. 27(a)(2)(B).
2. This motion complies with the typeface requirements of Fed. R. App. 27(d)(1)(E) and Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Luis Lozada*
Luis Lozada (Cal. Bar No. 344357)

*Attorney for Kansas Students for Affordable Tuition*